AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

| | |
|---|---|
| L&J ASSET HOLDINGS, LLC,<br><br>*Plaintiff(s)*<br>v.<br>CITY OF BELLEVUE and CITY OF BELLEVUE BOARD OF EQUALIZATION,<br><br>*Defendant(s)* | Civil Action No. 8:23-cv-44 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  City of Bellevue Board of Equalization
c/o Susan Kluthe, City Clerk
1500 Wall Street
Bellevue, Nebraska 68005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Kenneth W. Hartman (NE# 21954)
Vanessa A. Silke (NE# 25105)
Hannes D. Zetzsche (NE# 27115)
BAIRD HOLM LLP
1700 Farnam Street, Suite 1500
Omaha, NE  68102-2068

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/1/2023                                              *Signature of Clerk or Deputy Clerk*

8:23-cv-00044-RFR-SMB Doc # 10 Filed: 02/01/23 Page 2 of 2 - Page ID # 147

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:23-cv-44

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* City of Bellevue Board of Equalization c/o Susan Kluthe, City Clerk

was received by me on *(date)* February 1, 2023

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Susan Kluthe, City Clerk, who is designated by law to accept service of process on behalf of *(name of organization)* City of Bellevue Board of Equalization on *(date)* February 1, 2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 2-1-2023

*Server's signature*

James E. Pederson
*Printed name and title*

11725 S. 113TH St, Papillion, NE 68046
*Server's address*

Additional information regarding attempted service, etc: